Ashley Farrell Pickett (SBN CA 271825)
Bryan W. Patton (SBN CA 294910)
Rana Ayazi (SBN CA 329097)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
farrellpicketta@gtlaw.com
pattonbw@gtlaw.com
rana.ayazi@gtlaw.com

Attorneys for Defendant Pro Unlimited, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> TWITTER, INC. and PRO UNLIMITED, INC. <br><br> Defendants. | CASE NO. 4:22-cv-07222-DMR <br><br> **NOTICE OF APPEARANCE OF ASHLEY FARRELL PICKETT, BRYAN W. PATTON, AND RANA AYAZI** |

**TO THE COURT, PLAINTIFF AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Greenberg Traurig, LLP will be representing Defendant Pro Unlimited, Inc., in the above-referenced action. In the future, all pleadings and communications, including electronic communications, to Defendant should be addressed to:

**ASHLEY FARRELL PICKETT**
Greenberg Traurig, LLP
1840 Century Park E #1900
Los Angeles, CA 90067
Telephone: 310.586.7700
farrellpicketta@gtlaw.com

**BRYAN W. PATTON**
Greenberg Traurig, LLP
1840 Century Park E #1900
Los Angeles, CA 90067
Telephone: 310.586.7808
pattonbw@gtlaw.com

**RANA AYAZI**
Greenberg Traurig, LLP
1840 Century Park E #1900
Los Angeles, CA 90067
Telephone: 310.586.7700
rana.ayazi@gtlaw.com

This constitutes the Notice of Appearance by Ashley Farrell Pickett, Bryan W. Patton, and Rana Ayazi to appear as counsel of record for Defendant, Pro Unlimited, Inc.

DATED:  December 8, 2022                GREENBERG TRAURIG, LLP

By  /s/ Ashley Farrell Pickett
Ashely Farrell Pickett
Attorneys for Defendant Pro Unlimited, Inc.