| | |
|---|---|
| 1 | Ashley Farrell Pickett (SBN CA 271825) |
| | Bryan W. Patton (SBN CA 294910) |
| 2 | GREENBERG TRAURIG, LLP |
| | 1840 Century Park East, Suite 1900 |
| 3 | Los Angeles, California 90067-2121 |
| | Telephone: 310.586.7700 |
| 4 | Facsimile: 310.586.7800 |
| | farrellpicketta@gtlaw.com |
| 5 | pattonbw@gtlaw.com |
| 6 | Attorneys for Defendant Pro Unlimited, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated, | CASE NO.  4:22-cv-07222-DMR |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF BRYAN W. PATTON** |
| TWITTER, INC. and PRO UNLIMITED, INC. | |
| Defendants. | |

TO THE COURT, PLAINTIFF AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Greenberg Traurig, LLP has been assigned to represent Defendant Pro Unlimited, Inc., in the above-referenced action. In the future, all pleadings and communications, including electronic communications, to Defendant should be addressed to:

**BRYAN W. PATTON**
Greenberg Traurig, LLP
1840 Century Park E #1900
Los Angeles, CA 90067
Telephone: 310.586.7808
pattonbw@gtlaw.com

This constitutes the Notice of Appearance by Bryan W. Patton to appear as counsel of record for Defendant, Pro Unlimited, Inc.

DATED: December 9, 2022             GREENBERG TRAURIG, LLP

                                    By  /s/ Bryan W. Patton
                                        Bryan W. Patton
                                        Attorneys for Defendant Pro Unlimited, Inc.