Ashley Farrell Pickett (SBN CA 271825)
Bryan W. Patton (SBN CA 294910)
Rana Ayazi (SBN CA 329097)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800
farrellpicketta@gtlaw.com
pattonbw@gtlaw.com
rana.ayazi@gtlaw.com

Kurt A. Kappes (SBN 146384)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com

Attorneys for Defendant Pro Unlimited, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>TWITTER, INC. and PRO UNLIMITED, INC.<br><br>Defendants. | CASE NO. 4:22-cv-07222-DMR<br><br>**NOTICE OF APPEARANCE OF KURT A. KAPPES** |

TO THE COURT, PLAINTIFF AND ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** Greenberg Traurig, LLP will be representing Defendant Pro Unlimited, Inc., in the above-referenced action. In the future, all pleadings and communications, including electronic communications, to Defendant should be addressed to:

**KURT A. KAPPES**
Greenberg Traurig, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: 916.442.1111
kappesk@gtlaw.com

This constitutes the Notice of Appearance by Kurt Kappes to appear as counsel of record for Defendant, Pro Unlimited, Inc.

DATED:  December 12, 2022                    GREENBERG TRAURIG, LLP


                                             By /s/ Kurt A. Kappes
                                             Kurt A. Kappes
                                             Attorneys for Defendant Pro Unlimited, Inc.