Kurt A. Kappes (SBN 146384)
Ashley Farrell Pickett (SBN 271825)
Bryan W. Patton (SBN 294910)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Email: kappesk@gtlaw.com
farrellpicketta@gtlaw.com
pattonbw@gtlaw.com
TEL:   310-586-7700
FAX:   310-586-7800
Attorneys for Defendant
PRO UNLIMITED, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and PRO UNLIMITED, INC.,<br><br>Defendants. | CASE NO. 4:22-cv-7222-DMR<br><br>Assigned to The Honorable Donna M. Ryu<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

WHEREAS, Plaintiff Francisco Rodriguez filed his Complaint on November 16, 2022;

WHEREAS, Defendants Pro Unlimited, Inc. and Twitter, Inc. have requested and Plaintiff has consented to extend Defendants' deadline to respond to Plaintiff's Complaint until December 27, 2022;

WHEREAS, Defendants have agreed that they will not solicit releases from putative class members as defined by Plaintiff in the Complaint [dkt. 1] until January 11, 2023;

WHEREAS, the extension of Defendants' deadline to respond to Plaintiff's Complaint until December 27, 2022 will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties and their respective counsel, that Defendants shall respond to Plaintiff's Complaint by December 27, 2022.

Dated: December 12, 2022        LICHTEN & LISS-RIORDAN, P.C.

                                By:   /s/ Shannon Liss-Riordan
                                      Shannon Liss-Riordan
                                      Attorneys for Plaintiff
                                      FRANCISCO RODRIGUEZ

Dated: December 12, 2022        MORGAN, LEWIS & BOCKIUS LLP

                                By:   /s/ Eric Meckley
                                      Eric Meckley
                                      Attorneys for Defendant
                                      TWITTER, INC.

Dated: December 12, 2022        GREENBERG TRAURIG, LLP

                                By:   /s/ Ashley Farrell Pickett
                                      Ashley Farrell Pickett
                                      Attorneys for Defendant
                                      PRO UNLIMITED, INC.

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from the stipulating parties.

Dated: December 12, 2022       GREENBERG TRAURIG, LLP

                               By:   */s/ Ashley Farrell Pickett*
                                     Ashley Farrell Pickett
                                     Attorneys for Defendant
                                     PRO UNLIMITED, INC.