MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and PRO UNLIMITED, INC.<br><br>Defendants. | Case No. 3:22-07222-TLT<br><br>**DEFENDANT TWITTER, INC.'S NOTICE OF APPEARANCE OF ERIC MECKLEY, BRIAN D. BERRY, ASHLEE N. CHERRY AND KASSIA STEPHENSON** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TWITTER'S NOTICE OF APPEARANCE
CASE NO. 3:22-07222-TLT

DB2/ 44616985.1

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Eric Meckley, Brian D. Berry, Ashlee N. Cherry and Kassia Stephenson of Morgan, Lewis & Bockius LLP, hereby appear as attorneys of record on behalf of Defendant TWITTER, INC. ("Defendant") in the above-captioned action.  They are each members of the State Bar of California and admitted to practice in the Northern District of California.  Their address, telephone and facsimile numbers, and e-mail addresses are below.  Defendant requests that they be added to the docket and that e-mail notifications be sent to the email addresses below.

Eric Meckley, Bar No. 168181
Brian D. Berry, Bar No. 229893
Kassia Stephenson, Bar No. 336175
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001
Email: eric.meckley@morganlewis.com
           brian.berry@morganlewis.com
           kassia.stephenson@morganlewis.com

Ashlee N. Cherry, Bar No. 312731
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:     +1.650.843.4001
Email: ashlee.cherry@morganlewis.com

Dated: December 27, 2022                    MORGAN, LEWIS & BOCKIUS LLP


By   _/s/ Eric Meckley_
        Eric Meckley
        Brian D. Berry
        Ashlee N. Cherry
        Kassia Stephenson
        Attorneys for Defendant
        TWITTER, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

TWITTER'S NOTICE OF APPEARANCE
CASE NO. 3:22-07222-TLT

DB2/ 44616985.1