| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Eric Meckley, Bar No. 168181 |
| 2 | eric.meckley@morganlewis.com |
| | Brian D. Berry, Bar No. 229893 |
| 3 | brian.berry@morganlewis.com |
| | Kassia Stephenson, Bar No. 336175 |
| 4 | kassia.stephenson@morganlewis.com |
| | One Market, Spear Street Tower |
| 5 | San Francisco, CA  94105-1596 |
| | Tel:    +1.415.442.1000 |
| 6 | Fax:   +1.415.442.1001 |
| 7 | MORGAN, LEWIS & BOCKIUS LLP |
| | Ashlee N. Cherry, Bar No. 312731 |
| 8 | ashlee.cherry@morganlewis.com |
| | 1400 Page Mill Road |
| 9 | Palo Alto, CA  94304 |
| | Tel:    +1.650.843.4000 |
| 10 | Fax:   +1.650.843.4001 |
| 11 | Attorneys for Defendant |
| | TWITTER, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated, | Case No. 3:22-07222-TLT |
| Plaintiff, | **DEFENDANT TWITTER, INC.'S NOTICE OF APPEARANCE OF ASHLEE N. CHERRY** |
| vs. | |
| TWITTER, INC. and PRO UNLIMITED, INC. | |
| Defendants. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 44620237.1

NOTICE OF APPEARANCE OF A. CHERRY
CASE NO. 3:22-07222-TLT

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Ashlee N. Cherry of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendant TWITTER, INC. ("Defendant") in the above-captioned action. She is a member of the State Bar of California and admitted to practice in the Northern District of California. Her address, telephone and facsimile numbers, and e-mail address is below. Defendant requests that she be added to the docket and that e-mail notifications be sent to the email address below.

> Ashlee N. Cherry, Bar No. 312731
> MORGAN, LEWIS & BOCKIUS LLP
> 1400 Page Mill Road
> Palo Alto, CA  94304
> Tel:    +1.650.843.4000
> Fax:   +1.650.843.4001
> Email: ashlee.cherry@morganlewis.com

Dated: December 28, 2022                    MORGAN, LEWIS & BOCKIUS LLP

By    */s/ Ashlee N. Cherry*
Eric Meckley
Brian D. Berry
Ashlee N. Cherry
Kassia Stephenson
Attorneys for Defendant
TWITTER, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 44620237.1

2

NOTICE OF APPEARANCE OF A. CHERRY
CASE NO. 3:22-07222-TLT