MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:     +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and PRO UNLIMITED, INC.<br><br>Defendants. | Case No. 3:22-07222-TLT<br><br>**DEFENDANT TWITTER, INC.'S NOTICE OF APPEARANCE OF BRIAN D. BERRY** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 44620234.1

NOTICE OF APPEARANCE OF B. BERRY
CASE NO. 3:22-07222-TLT

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Brian D. Berry of Morgan, Lewis & Bockius LLP, hereby appears as attorney of record on behalf of Defendant TWITTER, INC. ("Defendant") in the above-captioned action. He is a member of the State Bar of California and admitted to practice in the Northern District of California. His address, telephone and facsimile numbers, and e-mail address is below. Defendant requests that he be added to the docket and that e-mail notifications be sent to the email address below.

> Brian D. Berry, Bar No. 229893
> MORGAN, LEWIS & BOCKIUS, LLP
> One Market, Spear Street Tower
> San Francisco, CA  94105-1596
> Tel:    +1.415.442.1000
> Fax:   +1.415.442.1001
> Email: brian.berry@morganlewis.com

Dated: December 28, 2022                              MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Brian D. Berry*
      Eric Meckley
      Brian D. Berry
      Ashlee N. Cherry
      Kassia Stephenson
      Attorneys for Defendant
      TWITTER, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 44620234.1

2

NOTICE OF APPEARANCE OF B. BERRY
CASE NO. 3:22-07222-TLT