1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and PRO UNLIMITED, INC.,<br><br>Defendants. | CASE NO. 3:22-cv-07222-TLT<br><br>Assigned to The Honorable Trina L. Thompson<br><br>**[PROPOSED] ORDER RE MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS AND STRIKE AND/OR DISMISS CLASS CLAIMS**<br><br>Date: March 14, 2023<br>Time: 2:00 p.m.<br>Dept: 9 |

# [PROPOSED] ORDER

Defendant Magnit, LLC f/k/a Pro Unlimited, Inc.'s Motion to Compel Arbitration of Plaintiff's Individual Claims and Strike and/or Dismiss Class Claims came on for hearing on March 14, 2023, the Honorable Trina L. Thompson presiding. Appearances were made as stated in the Court's record.

The Court, having considered Defendant's Motion, all papers and documents filed in support and in opposition to it, the relevant pleadings on file in this action, as well as arguments presented by counsel, for **GOOD CAUSE** shown, **GRANTS** the Motion in its entirety. The Court orders the following:

1. Plaintiff is hereby ordered to submit his individual claims to binding arbitration.
2. Plaintiff's class action claims are dismissed
3. Plaintiff's lawsuit is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Trina L. Thompson
United States District Judge