MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:	+1.415.442.1000
Fax:	+1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:	+1.650.843.4000
Fax:	+1.650.843.4001

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and PRO UNLIMITED, INC.,<br><br>Defendants. | Case No. 3:22-cv-07222-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO COMPEL ARBITRATION AND STRIKE AND/OR DISMISS CLASS CLAIMS**<br><br>Date:	March 14, 2023<br>Time:	2:00 p.m.<br>Judge:	Honorable Trina L. Thompson |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

CASE NO. 3:22-cv-07222-TLT
[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO COMPEL ARBITRATION AND STRIKE AND/OR DISMISS CLASS CLAIMS

## **[PROPOSED] ORDER**

Defendant Twitter, Inc.'s Motion to Compel Arbitration and Strike and/or Dismiss Class Claims came on for hearing on March 14, 2023, the Honorable Trina L. Thompson presiding. The Parties were represented by their respective counsel of record.  This Court, having considered the briefing and arguments submitted by the parties, and good cause appearing therefore, hereby **GRANTS** Defendant Twitter, Inc.'s Motion to Compel Arbitration and Strike and/or Dismiss Class Claims.

**THEREFORE, IT IS ORDERED** as follows:

1. Plaintiff is hereby ordered to submit his individual claims to binding arbitration.
2. Plaintiff's class action claims are dismissed.
3. Plaintiff's lawsuit is hereby dismissed without leave to amend.

**IT IS SO ORDERED**.

Dated: _____, 2023

HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys at Law

- 1 -   CASE NO. 3:22-cv-07222-TLT
[PROPOSED] ORDER GRANTING DEFENDANT TWITTER, INC.'S MOTION TO COMPEL ARBITRATION AND STRIKE AND/OR DISMISS CLASS CLAIMS