UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>TWITTER, INC., et al.,<br><br>      Defendants. | Case No. 22-cv-07222-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable James Donato for consideration of whether the case is related to *Cornet et al v. Twitter, Inc.*, 3:22-cv-06857-JD.

**IT IS SO ORDERED.**

Dated: January 18, 2023

TRINA L. THOMPSON
United States District Judge