SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:   (617) 994-5801

*Attorneys for Plaintiff Francisco Rodriguez,*
*on behalf of himself and all others similarly situated*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and PRO UNLIMITED, INC.<br><br>Defendants | Case No. 3:22-cv-7222<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing:<br>Date:   March 16, 2023<br>Time:   10:00 am<br>Place:   Courtroom 11, 19th Floor<br>Judge:   Hon. James Donato<br><br>BEFORE THE HON. JAMES DONATO |

[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**[PROPOSED] ORDER**

Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED. After consideration of the briefs and argument of counsel, the Court grants the Motion for Leave to File First Amended Complaint for the following reasons:

1. Plaintiff has offered sufficient grounds for amending the complaint;
2. The interests of justice require that Plaintiff be permitted to amend the complaint. Plaintiff shall file the First Amended Complaint promptly.

IT IS SO ORDERED.

Date:_____          _____

                                      HON. JAMES DONATO