Kurt A. Kappes (SBN 146384)
Ashley Farrell Pickett (SBN 271825)
Bryan W. Patton (SBN 294910)
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Email: kappesk@gtlaw.com
farrellpicketta@gtlaw.com
pattonbw@gtlaw.com
TEL:   310-586-7700
FAX:   310-586-7800

Attorneys for Defendant
PRO UNLIMITED, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and PRO UNLIMITED, INC.,<br><br>Defendants. | CASE NO. 3:22-cv-7222-JD<br><br>Assigned to The Honorable James Donato<br><br>**JOINT STIPULATION REGARDING AMENDMENT AND CONSOLIDATED BRIEFING ON DEFENDANTS' MOTIONS TO COMPEL ARBITRATION** |

**WHEREAS**, Plaintiff Francisco Rodriguez ("Plaintiff") filed his Complaint on November 16, 2022;

**WHEREAS**, Defendants Pro Unlimited, Inc. and Defendant Twitter, Inc. respectively filed Motions to Compel Arbitration on January 11, 2023 [Dkts. 26, 27.];

**WHEREAS**, Plaintiff filed an Opposition to Defendants' Motions to Compel Arbitration on February 8, 2023 [Dkt. 35];

**WHEREAS**, Plaintiff also filed a Motion for Leave to file a First Amended Complaint on February 8, 2023 [Dkt. 37.]

**WHEREAS**, Plaintiff's proposed First Amended Complaint does not modify his allegations with respect to his current claims for (i) violation of the federal WARN Act; (ii) violation of the California WARN Act; and (iii) failure to pay all wages at termination, but does seek to add a fourth claim for alleged violations of the California Private Attorneys General Act ("PAGA");

**WHEREAS**, a hearing on each Defendants' Motion to Compel Arbitration and Plaintiff's Motion for Leave to file a First Amended Complaint is currently set for March 14, 2023;

**WHEREAS**, the parties recognize the efficiency in the Court resolving the arbitrability of all claims—including Plaintiff's contemplated PAGA claim—at the same time and Defendants are willing to stipulate to Plaintiff's filing of the proposed First Amended Complaint for the purpose of efficient resolution of these issues;

**WHEREAS**, the parties agree that this stipulation is not contrary to Defendants' position that Plaintiff's individual claims, including any forthcoming PAGA claim, must be arbitrated on an individual basis, and that any class or representative claims should be dismissed, nor does this stipulation act as a waiver of arbitration in any way;

**NOW, THEREFORE, THE FOLLOWING IS HEREBY STIPULATED** by and between the parties and their respective counsel, subject to the Court's approval:

- Plaintiff shall file his First Amended Complaint adding a fourth claim for alleged violations of the PAGA by February 21, 2023.  Plaintiff's First Amended Complaint shall not modify or seek to add any claims or allegations beyond PAGA as referenced in Plaintiff's Motion for Leave to file a First Amended Complaint.  [Dkt. 37.]

- The hearing on Plaintiff's pending Motion for Leave to file a First Amended Complaint shall be vacated as moot.
- Each Defendant's Motion to Compel Arbitration with respect to Plaintiff's claims for (i) violation of the federal WARN Act; (ii) violation of the California WARN Act; and (iii) Failure to pay all wages at termination [dkts. 26, 27] shall remain in place.
- Plaintiff's Opposition to Defendants' Motion to Compel Arbitration with respect to Plaintiff's claims for (i) violation of the federal WARN Act; (ii) violation of the California WARN Act; and (iii) failure to pay all wages at termination [dkts. 26, 27] shall also remain in place.
- Defendants will each file a Motion to Compel Arbitration of Plaintiff's PAGA claim by March 7, 2023 ("PAGA Motion to Compel").  The PAGA Motions to Compel will be limited to the arbitrability of Plaintiff's PAGA claim and whether the representative PAGA claim can proceed.
- Plaintiff will file an Opposition to the PAGA Motion to Compel by March 21, 2023.  This Opposition will be limited to the arbitrability of Plaintiff's PAGA claim and whether the representative PAGA claim can proceed.
- Defendants will each file a Reply brief by March 28, 2023.  This Reply brief will address arguments in Plaintiff's previously filed opposition to Defendants' Motions to Compel Arbitration [dkt. 35] as well as Plaintiff's forthcoming Opposition to the PAGA Motion to Compel.
- The March 14, 2023 hearing on Defendants' Motions to Compel Arbitration [dkts 26, 27] shall be continued to April 6, 2023.
- Defendants will also set the hearing on the PAGA Motions to Compel for April 6, 2023 so that the Court can efficiently address all of these issues at the same time.

Dated: February 16, 2023            LICHTEN & LISS-RIORDAN, P.C.

                                    By:   /s/ Shannon Liss-Riordan
                                          Shannon Liss-Riordan
                                          Attorneys for Plaintiff
                                          FRANCISCO RODRIGUEZ

*SIGNATURES CONTINUED ON NEXT PAGE*

| | | |
|---|---|---|
| Dated: February 16, 2023 | MORGAN, LEWIS & BOCKIUS LLP | |
| | By: | */s/ Eric Meckley* |
| | | Eric Meckley |
| | | Attorneys for Defendant |
| | | TWITTER, INC. |
| Dated: February 16, 2023 | GREENBERG TRAURIG, LLP | |
| | By: | */s/ Ashley Farrell Pickett* |
| | | Ashley Farrell Pickett |
| | | Attorneys for Defendant |
| | | PRO UNLIMITED, INC. |

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from the stipulating parties.

Dated: February 16, 2023         GREENBERG TRAURIG, LLP

                                 By:    /s/ Ashley Farrell Pickett
                                        Ashley Farrell Pickett
                                        Attorneys for Defendant
                                        PRO UNLIMITED, INC.