1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and PRO UNLIMITED, INC.,<br><br>Defendants. | CASE NO. 3:22-cv-7222-JD<br><br>Assigned to The Honorable James Donato<br><br>**[PROPOSED] ORDER RE MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S INDIVIDUAL PAGA CLAIM AND DISMISS REPRESENTATIVE PAGA CLAIM**<br><br>Date:  April 6, 2023<br>Time: 10:00 a.m.<br>Dept:  Courtroom 11 |

# [PROPOSED] ORDER

Defendant Magnit, LLC f/k/a Pro Unlimited, Inc.'s Motion to Compel Arbitration of Plaintiff's Individual PAGA Claim and Dismiss Plaintiff's Representative PAGA claim came on for hearing on April 6, 2023, the Honorable James Donato presiding. Appearances were made as stated in the Court's record.

The Court, having considered Defendant's Motion, all papers and documents filed in support and in opposition to it, the relevant pleadings on file in this action, as well as arguments presented by counsel, for **GOOD CAUSE** shown, **GRANTS** the Motion in its entirety. The Court orders the following:

1. Plaintiff is hereby ordered to submit his individual PAGA claim to binding arbitration.
2. Plaintiff's remaining representative PAGA claim for alleged violations suffered by other aggrieved employees, is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. James Donato
United States District Judge