SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

*Attorneys for Plaintiff Francisco Rodriguez,
on behalf of himself and all others
similarly situated*

Kurt A. Kappes (SBN 146384)
(kappesk@gtlaw.com)
Ashley Farrell Pickett (SBN 271825)
(farrellpicketta@gtlaw.com)
Bryan W. Patton (SBN 294910)
(pattonbw@gtlaw.com)
GREENBERG TRAURIG, LLP
1840 Los Angeles, CA 90067-2121
Telephone:    (310) 586-7700
Fax:          (310) 586-7800

*Attorneys for Defendant Magnit, LLC
F/K/A Pro Unlimited, Inc.*

ERIC MECKLEY (SBN 168181)
(eric.meckley@morganlewis.com)
BRIAN D. BERRY (SBN 229893)
(brian.berry@morganlewis.com)
KASSIA STEPHENSON (SBN 336175)
(kassia.stephenson@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:    (415) 442-1000
Fax:          (415) 442-1001

ASHLEE N. CHERRY (SBN 312731)
(ashlee.cherry@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304
Telephone:    (650) 843-4000
Fax:          (650) 843-4001

*Attorneys for Defendant Twitter, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANCISCO RODRIGUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC. and PRO UNLIMITED, INC.<br><br>Defendants | Case No. 3:22-cv-7222-JD<br><br>**JOINT STATUS REPORT**<br><br>BEFORE THE HON. JAMES DONATO |

Pursuant to the Court's Order of April 28, 2023 (Dkt. 49), the parties provide this Joint Status Report. On July 17, 2023, the California Supreme Court issued its ruling in <u>Adolph v. Uber Technologies</u>, --- P.3d ---, 2023 WL 4553702 (Cal. July 17, 2023). A copy of the <u>Adolph</u> decision is attached hereto as **Exhibit A**.

Dated: July 27, 2023        LICHTEN & LISS-RIORDAN, P.C.

                                                                      By:   */s/ Shannon Liss-Riordan*
                                                                             Shannon Liss-Riordan
                                                                             Attorneys for Plaintiff
                                                                             FRANCISCO RODRIGUEZ

Dated: July 27, 2023        MORGAN, LEWIS & BOCKIUS LLP

                                                                        By:   */s/ Eric Meckley*
                                                                             Eric Meckley
                                                                             Attorneys for Defendant
                                                                             TWITTER, INC.

Dated: July 27, 2023        GREENBERG TAURIG, LLP

                                                                        By:   */s/ Ashley Farrell Pickett*
                                                                             Ashley Farrell Pickett
                                                                             Attorneys for Defendant
                                                                             PRO UNLIMITED, INC.

## **CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that on July 27, 2023, a copy of this document was served on all counsel of record for Defendants via filing on the Court's CM/ECF system.

Date: July 27, 2023                              */s/ Shannon Liss-Riordan*
                                                                                                Shannon Liss-Riordan